**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| LAUREN STEWARD,              ) | |
| ) | |
| Plaintiff,         ) | |
| ) | C.A. No.: 1:22-cv-01599-MN |
| v.              ) | |
| ) | |
| CHRISTIANA CARE HEALTH SYSTEM, ) | |
| ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant.       ) | |

**NOTICE OF SERVICE**

I, Michele D. Allen, do hereby certify that on May 9, 2023, I caused a copy of Plaintiff's Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a) to be served upon all counsel of record via electronic mail.

        **ALLEN & ASSOCIATES**

        /s/ Michele D. Allen
        Michele D. Allen (#4359)
        Delia A. Clark (#3337)
        4250 Lancaster Pike, Suite 230
        Wilmington, DE 19805
        (302) 234-8600
        (302) 397-3930 (fax)
        michele@allenlaborlaw.com
        delia@allenlaborlaw.com
        *Attorneys for Plaintiff*