# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LAUREN STEWARD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 1:22-cv-01599-MN |
| | ) |
| CHRISTIANA CARE HEALTH SYSTEM, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

I, Jody C. Barillare, Esquire, hereby certify that on May 11, 2023, a true and correct copy of Defendant Christiana Care Health System, Inc.'s Rule 26(a) Initial Disclosures was served upon all counsel of record via electronic mail.

Dated: May 11, 2023

Respectfully submitted,

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 North Market Street, Suite 2201
Wilmington, DE 19801
jody.barillare@morganlewis.com
302.574.3000

Emily Cuneo DeSmedt
Morgan, Lewis & Bockius LLP
502 Carnegie Center
Princeton, NJ 08540
609.919.6600
emily.desmedt@morganlewis.com

Anne E. Martinez
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
215.963.5000
anne.martinez@morganlewis.com

*Attorneys for Defendant*
*Christiana Care Health System, Inc.*